**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FT. MYERS DIVISION**

In Re: **Chapter 11**

RICHARD STEPHEN FRANCIS, Case No. 2:26-BK-02418-FMR

Debtor.

______________________________/

THE HUNTINGTON NATIONAL BANK, as lender,
and THE HUNTINGTON NATIONAL BANK,
as Administrative Agent and Collateral Agent, Adv. Proc. No.
Plaintiffs,

v.

R&R EXPRESS PROPERTIES, LLC,
RICHARD S. FRANCIS, KATHLEEN
L. FRANCIS, and CENTENNIAL BANK,
Defendants.
______________________________/

**NOTICE OF REMOVAL OF STATE COURT**
**ACTION TO BANKRUPTCY COURT**

THE HUNTINGTON NATIONAL BANK, as lender and as agent ("Huntington"), by and through its undersigned counsel and pursuant to Rule 9027 of the Federal Rules of Bankruptcy Procedure, Local Rule of Bankruptcy Procedure 9027-1, 11 U.S.C. § 1452(a) and 28 U.S.C. § 157(a), hereby files its Notice of Removal of State Court Action and respectfully represents as follows:

1. On September 22, 2026, RICHARD STEPHEN FRANCIS (the "Debtor") filed his Voluntary Petition for Relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code").

2. At the time of the commencement of the Chapter 11 case, a civil action (the "Civil Action") entitled *The Huntington National Bank v. R&R Express Properties, LLC, Richard S. Francis, Kathleen L. Francis, and Centennial Bank*, Case No. 2026-CA-000170 was pending

before the Circuit Court of the Twentieth Judicial Circuit in and for Collier County, Florida (the "State Court"). Until the filing of this Notice of Removal, the Civil Action was still pending before the State Court.

3. The Civil Action, including all claims and causes of action asserted therein, is a civil action other than a proceeding before the United States Tax Court; and it is not a civil action by a governmental unit to enforce such governmental unit's police or regulatory power. The Civil Action was initiated prior to the commencement of this Chapter 11 case.

4. The Civil Action is a civil proceeding related to the Chapter 11 Case. The Bankruptcy Court presiding over the Chapter 11 Case, pursuant to the general reference with respect to Title 11 cases in the Middle District of Florida and 28 U.S.C. §157, has jurisdiction over the causes of action asserted in the Civil Action under 28 U.S.C. §1334. All such claims and causes of action have an impact on property of the estate under 11 U.S.C. §541. Moreover, resolution of the claims asserted in the Civil Action will: (1) affect the administration of the estate; (2) involve the allowance or disallowance of the Debtor’s claimed exemptions; and (3) involve proceedings affecting the liquidation of claimed assets of the estate and the adjustment of the debtor/creditor relationship. All such proceedings are core proceedings under 28 U.S.C. §157(b)(2)(A), (B), (E), (H) and (O). In the event that any claim or cause of action asserted in this Civil Action is determined to be non-core, Huntington consents to the entry of final orders or judgments by the Bankruptcy Court.

5. This Notice of Removal is filed less than 90 days after the order for relief in the Chapter 11 Case. As mentioned above, the Civil Action was pending when the Chapter 11 Case was commenced. The claims asserted in the Civil Action are related to the Chapter 11 Case. Removal of the Civil Action to the Bankruptcy Court is authorized by 28 U.S.C. §§ 1452, 1334, and 157 and the general order of the United States District Court for the Middle District of Florida

referring bankruptcy matters to the Bankruptcy Court. Removal is in accordance with Rule 9027 of the Bankruptcy Rules and Local Bankruptcy Rule 9027-1.

6. This Notice of Removal was appropriately filed with the Clerk of this Court. E.g. In re Adams, 133 B.R. 191 (Bankr. W.D. Mich. 1991); Aztec Industries, Inc. v. Standard Oil Company (In re: Aztec Industries, Inc.), 84 B.R. 464, 468 (Bankr. N.D. Ohio 1987) (citing the majority cases that allow the filing of a removal petition with the clerk of the bankruptcy court).

7. All parties to the Civil Action pending in the State Court are hereby notified that pursuant to Rule 9027(b) of the Bankruptcy Rules, removal of the Civil Action and all claims and causes of action therein was effected upon the filing of a copy of this Notice of Removal with the Clerk of the State Court pursuant to Rule 9027(c) of the Bankruptcy Rules. This Civil Action is removed from the State Court to the Bankruptcy Court presiding over this Chapter 11 Case.

8. The parties to this Civil Action shall proceed no further in the State Court unless and until the action is remanded by the Bankruptcy Court.

9. In accordance with Local Bankruptcy Rule 9027-1, a complete copy of the docket of the Civil Action is attached hereto as Exhibit A.

10. The pleadings filed in the Civil Action will be filed with this Court, as required by Local Bankruptcy Rule 9027-1, within seven (7) days of the filing of this Notice of Removal.

Dated this 17th day of November, 2026.

*/s/ John D. Emmanuel*
John D. Emmanuel
Florida Bar No: 0475572
john.emmanuel@bipc.com
**BUCHANAN INGERSOLL & ROONEY PC**
401 East Jackson Street, Suite 2400
Tampa, FL 33602
Tel. No. 813 222 8180
Fax No: 813 222 8189
*Attorneys for Creditor The Huntington National Bank*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and accurate copy of the above and foregoing Notice of Removal of State Court Action to Bankruptcy Court that has been electronically filed this 17th day of November, 2026, using the Court's CM/ECF Electronic Filing System, which will send a Notice of Electronic Filing to all counsel of record. The same was also sent via U.S. Mail to the following:

Michael D. Seese, Esq.
Seese, P.A.
1001 NE 3rd Avenue
Suite 1500
Ft. Lauderdale, FL 33301
Telephone: 954-745-5897
mseese@seeselaw.com

Kathleen Francis
550 S. Barfield Drive
Marco Island, FL 34145

Michael J. Roeschenthaler, Esq.
mroeschenthaler@raineslaw.com
Mark A. Lindsay, Esquire
mlindsay@raineslaw.com
Raines, Feldman, Littrell LLP
11 Stanwix Street, Suite 750
Pittsburgh, PA 15222

Richard Stephen Francis, Debtor
550 S. Barfield Drive
Marco Island, FL 34145

R&R Express Properties, LLC
c/o Richard S. Francis
100 Commerce Drive
Pittsburgh, PA 15275

Frank P. Terzo, Esq.
frank.terzo@nelsonmullins.com
Mark Raymond, Esquire
mark.raymond@nelsonmullins.com
Nelson Mullins Broad and Cassel
100 S.E. 3rd Avenue, Suite 2700
Fort Lauderdale, FL 33394

*/s/ John D. Emmanuel*
Attorney
4933-8246-0384, v. 1

# Exhibit "A"

**Case #:** 11-2026-CA-000170-0001-01

**Offense Date:**

**Party Name/Company:** Huntington National Bank As Lender,

**File Date:** 01/23/2026

**Party Type:** Plaintiff

**Status:** Inactive

**Name Suffix:**

**Case Type:** Other Circuit Civil

**DOB:**

**Court Type:** CA

**Citation #:**

# Court Events

# Parties

**Judge:** Brodie, Lauren L

| Party Name/Company | Party Type | Sex | Race | Date of Birth | AKA | Deceased | Sheriffs # |
|---|---|---|---|---|---|---|---|
| Huntington National Bank As Lender () | Plaintiff | | | | | | |
| Huntington National Bank As Administrative And Collateral Agent () | Plaintiff | | | | | | |
| R&R Express Properties Llc () | Defendant | | | | | | |
| Francis, Richard S () | Defendant | | | | | | |
| Francis, Kathleen L () | Defendant | | | | | | |
| Centennial Bank () | Defendant | | | | | | |

# Charges

| Statute # | Count | Description | Disposition Date | Sentence | Offense Date | Citation # | Offense Level | Plea Date | Court Action | Prosecutor Action |
|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | | | | 01/23/2026 | | | | | |
| | 2 | | | | 02/17/2026 | | | | | |
| | 3 | | 03/04/2026 | | 02/17/2026 | | | | Dismissed Before Hearing Pursuant to Settlement | |

| Statute # | Count | Description | Disposition Date | Sentence | Offense Date | Citation # | Offense Level | Plea Date | Court Action | Prosecutor Action |
|---|---|---|---|---|---|---|---|---|---|---|
| | 4 | | 08/13/2026 | | 04/03/2026 | | | | Dismissed After Hearing Pursuant to Settlement | |
| | 5 | | | | 06/12/2026 | | | | | |

# Dockets

| Image | Docket Num | Effective | Count | Description |
|---|---|---|---|---|
| | 1 | 01/23/2026 | 0 | Other Circuit Civil |
| ☐ | 2 | 01/23/2026 | 0 | Civil Cover Sheet |
| ☐ | 3 | 01/23/2026 | 0 | Complaint |
| ☐ | 4 | 01/23/2026 | 0 | Summons issued |
| ☐ | 5 | 01/23/2026 | 0 | Summons issued |
| ☐ | 6 | 01/23/2026 | 0 | Summons issued |
| ☐ | 7 | 01/23/2026 | 0 | Summons issued |
| ☐ | 8 | 01/26/2026 | 0 | Paid $440.00 on receipt 1607395, Fully Paid |
| ☐ | 9 | 01/27/2026 | 0 | Motion To Permit Recording Of Lis Pendens - |
| ☐ | 10 | 02/02/2026 | 0 | Return of Service of Summons on Centennial Bank,, served 01/28/2026 |
| ☐ | 11 | 02/04/2026 | 0 | Order of Referral to Magistrate |
| ☐ | 12 | 02/05/2026 | 0 | Return of Service of Summons on Francis, Kathleen L, served 02/02/2026 |
| ☐ | 13 | 02/05/2026 | 0 | Return of Service of Summons on Francis, Richard S, served 02/02/2026 |
| ☐ | 14 | 02/05/2026 | 0 | Return of Service of Summons on R&R Express Properties Llc,, served 02/02/2026 |
| ☐ | 15 | 02/17/2026 | 0 | Notice of Hearing for Motion To Permit Recording Of Lis Pendens To Be Heard At 1:30P.M. |
| ☐ | 17 | 02/17/2026 | 0 | Answer and Crossclaim and Counterclaim |
| ☐ | 19 | 02/17/2026 | 0 | Notice of Appearance |
| ☐ | 20 | 02/17/2026 | 0 | Answer and Affirmative Defense by Centennial Bank |
| | 16 | 02/18/2026 | 0 | Set on Hearing docket 3/31/2026 beginning at 1:30 PM Barger, Pamela (see notice of hearing for actual hearing time) |
| ☐ | 21 | 02/18/2026 | 0 | Notice of Appearance |
| ☐ | 23 | 02/18/2026 | 0 | Motion for Extension of Time to Respond to Complaint/Petition - by R&R Express Properties Llc, Richard S Francis, Kathleen L Francis |
| ☐ | 18 | 02/19/2026 | 0 | Paid $395.00 on receipt 1613615, Fully Paid |
| ☐ | 22 | 02/19/2026 | 0 | Notice of Appearance |
| ☐ | 24 | 02/19/2026 | 0 | Motion for Admission Pro Hac Vice - |

| Image | Docket Num | Effective | Count | Description |
|---|---|---|---|---|
| ☐ | 26 | 02/19/2026 | 0 | Motion for Admission Pro Hac Vice - |
| ☐ | 28 | 02/19/2026 | 0 | Notice of Withdrawal of Inadvertenly Filed Pleading |
| ☐ | 29 | 02/19/2026 | 0 | Motion to Withdraw as Attorney of Record - |
| ☐ | 30 | 02/19/2026 | 0 | Order Granting Extension of Time |
| ☐ | 25 | 02/20/2026 | 0 | Paid $100.00 on receipt 1614027, Fully Paid |
| ☐ | 27 | 02/20/2026 | 0 | Paid $100.00 on receipt 1614029, Fully Paid |
| ☐ | 31 | 02/23/2026 | 0 | Notice of Appearance |
| ☐ | 32 | 02/25/2026 | 0 | Order Granting Withdrawal as Attorney of Record |
| ☐ | 33 | 02/27/2026 | 0 | Motion for Extension of Time - |
| ☐ | 34 | 03/02/2026 | 0 | Order Granting Extension of Time |
| ☐ | 35 | 03/04/2026 | 0 | Stipulation for Dismissal Centennial Bank |
| ☐ | 36 | 03/04/2026 | 0 | Order Approving Settlement Agreement |
| ☐ | 38 | 03/16/2026 | 0 | Motion for Extension of Time - |
| ☐ | 39 | 03/17/2026 | 0 | Order Granting Extension of Time |
| ☐ | 40 | 03/18/2026 | 0 | Request For Production |
| ☐ | 41 | 03/18/2026 | 0 | Motion for Extension of Time to Respond to Complaint/Petition - by R&R Express Properties Llc, Richard S Francis, Kathleen L Francis |
| ☐ | 42 | 03/18/2026 | 0 | Copy of Attorney Issued Subpoena |
| ☐ | 43 | 03/18/2026 | 0 | Order for Admission to Appear Pro Hac Vice |
| ☐ | 44 | 03/18/2026 | 0 | Order for Admission to Appear Pro Hac Vice |
| ☐ | 45 | 03/19/2026 | 0 | Order Granting Extension of Time |
| ☐ | 46 | 03/20/2026 | 0 | Notice Of Intent To Serve Subpoena |
| ☐ | 47 | 03/23/2026 | 0 | Return of Service of Subpoena |
| ☐ | 48 | 03/23/2026 | 0 | Memorandum in Opposition to Motion To Permit Lis Pendens |
| ☐ | 49 | 03/24/2026 | 0 | Memorandum in Support of Motion To Permit Recording Of Lis Pendens |
| ☐ | 50 | 03/25/2026 | 0 | Motion for Extension of Time - |
| ☐ | 51 | 03/25/2026 | 0 | Motion to Dismiss by Richard S Francis, Kathleen L Francis |
| ☐ | 52 | 03/28/2026 | 0 | Order Granting Extension of Time |
| ☐ | 53 | 03/31/2026 | 0 | Magistrate Status Report |
| ☐ | 54 | 03/31/2026 | 0 | Motion for Extension of Time - |
| ☐ | 58 | 04/01/2026 | 0 | Exhibit List from Trial/Hearing |
| ☐ | 55 | 04/01/2026 | 0 | Order Granting Extension of Time |
| ☐ | 59 | 04/01/2026 | 0 | Evidence Vaulted - Admitted Exhibit 1 |
| ☐ | 60 | 04/01/2026 | 0 | Evidence Vaulted - Admitted Exhibit 2 |
| ☐ | 61 | 04/01/2026 | 0 | Evidence Vaulted - Admitted Exhibit 3 |

| Image | Docket Num | Effective | Count | Description |
|---|---|---|---|---|
| ☐ | 63 | 04/01/2026 | 0 | Evidence Vaulted - Admitted Exhibit 4 |
| ☐ | 65 | 04/01/2026 | 0 | Evidence Vaulted - Admitted Exhibit 5 |
| ☐ | 66 | 04/01/2026 | 0 | Evidence Vaulted - Admitted Exhibit 6 |
| ☐ | 67 | 04/01/2026 | 0 | Evidence Vaulted - Admitted Exhibit 7 |
| ☐ | 68 | 04/01/2026 | 0 | Exhibit List from Trial/Hearing |
| ☐ | 69 | 04/01/2026 | 0 | Evidence Vaulted - Admitted Exhibit 1 Composite |
| ☐ | 71 | 04/01/2026 | 0 | Evidence Vaulted - Admitted Exhibit 1 Composite (Continued) |
| ☐ | 72 | 04/01/2026 | 0 | Evidence Vaulted - Admitted Exhibit 1 Composite (Continued) |
| ☐ | 73 | 04/01/2026 | 0 | Evidence Vaulted - Admitted Exhibit 1 Composite (Continued) |
| ☐ | 74 | 04/01/2026 | 0 | Evidence Vaulted - Admitted Exhibit 2 |
| ☐ | 75 | 04/01/2026 | 0 | Evidence Vaulted - Admitted Exhibit 3 |
| ☐ | 76 | 04/01/2026 | 0 | Evidence Vaulted - Admitted Exhibit 4 |
| ☐ | 77 | 04/01/2026 | 0 | Evidence Vaulted - Admitted Exhibit 5 |
| ☐ | 78 | 04/01/2026 | 0 | Evidence Vaulted - Admitted Exhibit 6 |
| ☐ | 62 | 04/03/2026 | 0 | Answer and Crossclaim |
| ☐ | 56 | 04/06/2026 | 0 | Notice of Hearing for Motion To Dismiss Complaint @ 10:30 Am |
| ☐ | 83 | 04/06/2026 | 0 | Answer to Crossclaim by Centennial Bank |
| ☐ | 84 | 04/06/2026 | 0 | Reply to Affirmative Defenses |
|  | 57 | 04/08/2026 | 0 | Set on Hearing docket 5/12/2026 beginning at 9:30 AM Brodie, Lauren L (see notice of hearing for actual hearing time) |
| ☐ | 64 | 04/08/2026 | 0 | Paid $395.00 on receipt 1625769, Fully Paid |
| ☐ | 70 | 04/08/2026 | 0 | Request For Copies |
| ☐ | 79 | 04/08/2026 | 0 | Evidence Inventory Worksheet |
| ☐ | 80 | 04/08/2026 | 0 | Request For Copies |
| ☐ | 81 | 04/08/2026 | 0 | Notice of Appearance |
| ☐ | 82 | 04/08/2026 | 0 | Notice of Appearance |
| ☐ | 85 | 04/10/2026 | 0 | Request For Production |
| ☐ | 87 | 04/12/2026 | 0 | Notice of Service of Discovery Response |
| ☐ | 86 | 04/13/2026 | 0 | Request For Production |
| ☐ | 88 | 04/13/2026 | 0 | Objection to Attempted Discovery |
| ☐ | 89 | 04/13/2026 | 0 | Transcript of Proceedings 03/31/2026 |
| ☐ | 90 | 04/15/2026 | 0 | Notice Of Intent To Serve Subpoena |
| ☐ | 91 | 04/15/2026 | 0 | Motion for Admission Pro Hac Vice - |
| ☐ | 93 | 04/16/2026 | 0 | Order for Admission to Appear Pro Hac Vice |
| ☐ | 92 | 04/17/2026 | 0 | Paid $100.00 on receipt 1628256, Fully Paid |

| Image | Docket Num | Effective | Count | Description |
|---|---|---|---|---|
| ☐ | 94 | 04/24/2026 | 0 | Objection To Subpoena |
| ☐ | 95 | 04/24/2026 | 0 | Motion for Extension of Time - |
| ☐ | 97 | 04/24/2026 | 0 | Notice of Disclosure |
| ☐ | 96 | 04/27/2026 | 0 | Reply To Affirmative Defenses |
| ☐ | 101 | 04/27/2026 | 0 | Order Granting Extension of Time |
| ☐ | 98 | 04/28/2026 | 0 | Notice Of Unavailability |
| ☐ | 99 | 04/28/2026 | 0 | Notice Of Unavailability |
| ☐ | 100 | 04/28/2026 | 0 | Response To Motion To Dismiss |
| ☐ | 102 | 04/30/2026 | 0 | Motion for Extension of Time - |
| ☐ | 103 | 05/01/2026 | 0 | Objection To Request Of Production |
| ☐ | 104 | 05/04/2026 | 0 | Order Granting Extension of Time |
| ☐ | 106 | 05/05/2026 | 0 | Order of Referral to Magistrate |
| ☐ | 107 | 05/05/2026 | 0 | Memorandum in Support of Motion To Dismiss |
| ☐ | 105 | 05/06/2026 | 0 | Objection To Request Of Production |
| ☐ | 108 | 05/08/2026 | 0 | Motion for Extension of Time - |
| | 109 | 05/12/2026 | 0 | Proceeding: Hearing |
| | 110 | 05/12/2026 | 0 | Presiding Judge: Brodie, Lauren L |
| | 111 | 05/12/2026 | 0 | Attorney Present Emmanuel, John David (Plaintiff) |
| | 112 | 05/12/2026 | 0 | Attorney Present Festekjian, Andre (Defendant) |
| | 113 | 05/12/2026 | 0 | Attorney Present Terzo, Frank Paul (Defendant) |
| | 114 | 05/12/2026 | 0 | Attorney Present Ghekas, Andrew J (Defendant) |
| | 115 | 05/12/2026 | 0 | Attorney Present Rodriguez, Rebecca |
| | 116 | 05/12/2026 | 0 | Motion to Dismiss - Denied - Complaint With Prejudice (Defendant) |
| ☐ | 117 | 05/12/2026 | 0 | Notice of Hearing Status Hearing At 2:30 Pm |
| ☐ | 118 | 05/13/2026 | 0 | Response To Request For Production |
| ☐ | 119 | 05/13/2026 | 0 | Court Ordered Case Management Plan |
| ☐ | 120 | 05/13/2026 | 0 | Order Denying Motion to Dismiss |
| ☐ | 121 | 05/13/2026 | 0 | Order Setting Pre-Trial Conference, Sounding and Trial |
| | 122 | 05/15/2026 | 0 | Set on Pre-Trial docket 11/24/2026 beginning at 9:30 AM Brodie, Lauren L (see notice of hearing for actual hearing time) |
| | 123 | 05/15/2026 | 0 | Set on Sounding docket 1/13/2027 beginning at 9:30 AM Brodie, Lauren L (see notice of hearing for actual hearing time) |
| ☐ | 124 | 05/19/2026 | 0 | Notice Of Service Of Interrogatories |
| ☐ | 125 | 05/19/2026 | 0 | Request For Admissions |
| ☐ | 126 | 05/19/2026 | 0 | Request For Production |

| Image | Docket Num | Effective | Count | Description |
|---|---|---|---|---|
| | 127 | 05/20/2026 | 0 | Set on Hearing docket 6/1/2026 beginning at 1:30 PM Brodie, Lauren L (see notice of hearing for actual hearing time) |
| ☐ | 128 | 05/20/2026 | 0 | Request For Copies |
| ☐ | 129 | 05/22/2026 | 0 | Motion for Extension of Time - |
| ☐ | 130 | 05/29/2026 | 0 | Motion to Determine Confidentiality - |
| | 131 | 06/01/2026 | 0 | Proceeding: Hearing |
| | 132 | 06/01/2026 | 0 | Presiding Judge: Brodie, Lauren L |
| | 133 | 06/01/2026 | 0 | Attorney Present Emmanuel, John David (Plaintiff) |
| | 134 | 06/01/2026 | 0 | Attorney Present Ghekas, Andrew J (Defendant) |
| | 135 | 06/01/2026 | 0 | Attorney Present Rodriguez, Rebecca |
| | 136 | 06/01/2026 | 0 | Attorney Present Lindsay, Mark A. |
| | 137 | 06/01/2026 | 0 | Status Conference Held |
| ☐ | 138 | 06/01/2026 | 0 | Order Determining Confidential |
| ☐ | 139 | 06/01/2026 | 0 | Order Granting Extension of Time |
| ☐ | 140 | 06/09/2026 | 0 | Notice Of Taking Deposition |
| ☐ | 141 | 06/09/2026 | 0 | Notice Of Taking Deposition |
| ☐ | 142 | 06/12/2026 | 0 | Answer and Counterclaim |
| ☐ | 146 | 06/12/2026 | 0 | Answer and Affirmative Defense by R&R Express Properties Llc |
| ☐ | 143 | 06/14/2026 | 0 | Paid $395.00 on receipt 1642119, Fully Paid |
| ☐ | 144 | 06/15/2026 | 0 | Response To Request For Production |
| ☐ | 145 | 06/15/2026 | 0 | Response To Request For Production |
| ☐ | 147 | 06/18/2026 | 0 | Motion for Extension of Time - |
| ☐ | 148 | 06/23/2026 | 0 | Objection to Motion |
| ☐ | 149 | 06/26/2026 | 0 | Notice Of Taking Deposition |
| ☐ | 150 | 06/26/2026 | 0 | Response To Request For Admissions |
| ☐ | 151 | 06/26/2026 | 0 | Response To Request For Production |
| ☐ | 152 | 06/26/2026 | 0 | Notice Of Service Of Answered Interrogatories |
| ☐ | 154 | 07/06/2026 | 0 | Motion to Dismiss Count(s) - |
| ☐ | 155 | 07/06/2026 | 0 | Motion to Strike - |
| ☐ | 153 | 07/07/2026 | 0 | Notice Of Taking Deposition |
| ☐ | 156 | 07/09/2026 | 0 | Notice Of Service Of Interrogatories |
| ☐ | 157 | 07/09/2026 | 0 | Request For Production |
| ☐ | 158 | 07/09/2026 | 0 | Notice Of Service Of Interrogatories |
| ☐ | 159 | 07/09/2026 | 0 | Request For Production |
| ☐ | 160 | 07/09/2026 | 0 | Request For Copies |

| Image | Docket Num | Effective | Count | Description |
|---|---|---|---|---|
| ☐ | 161 | 07/20/2026 | 0 | Notice Of Service Of Answered Interrogatories |
| ☐ | 162 | 07/30/2026 | 0 | Notice Of Taking Deposition |
| ☐ | 163 | 08/10/2026 | 0 | Expert Witness Disclosure |
| ☐ | 164 | 08/10/2026 | 0 | Report & Recommendations of the Magistrate |
| ☐ | 165 | 08/10/2026 | 0 | Motion for Extension of Time - |
| ☐ | 166 | 08/10/2026 | 0 | Motion for Extension of Time - |
| ☐ | 167 | 08/10/2026 | 0 | Motion for Extension of Time - |
| ☐ | 168 | 08/11/2026 | 0 | Response to Motion |
| ☐ | 169 | 08/13/2026 | 0 | Notice of Voluntary Dismissal of Cross/Counter/Third Party Claim Francis, Richard S, Francis, Kathleen L, Centennial Bank |
| ☐ | 170 | 08/18/2026 | 0 | Notice Of Taking Deposition |
| ☐ | 171 | 08/18/2026 | 0 | Notice of Appearance |
| ☐ | 175 | 08/18/2026 | 0 | Notice of Hearing for Motion To Dismiss Counts At 10:00 Am |
| ☐ | 177 | 08/18/2026 | 0 | Notice of Hearing for Motion To Strike Jury Demand At 1:30 Pm |
| ☐ | 172 | 08/19/2026 | 0 | Exception To Report And Recommendation Of Magistrate |
| ☐ | 173 | 08/19/2026 | 0 | Objection To Request Of Production |
| ☐ | 174 | 08/19/2026 | 0 | Notice Of Service Of Answered Interrogatories |
| | 176 | 08/20/2026 | 0 | Set on Hearing docket 9/23/2026 beginning at 9:30 AM Brodie, Lauren L (see notice of hearing for actual hearing time) |
| | 178 | 08/20/2026 | 0 | Set on Hearing docket 9/23/2026 beginning at 1:30 PM Brodie, Lauren L (see notice of hearing for actual hearing time) |
| ☐ | 181 | 08/20/2026 | 0 | Notice of Filing Copies of Materials In Support Of Plaintiffs Exceptions To Recommended Order Denying Plaintiffs Motion To Permit Recording Of Lis Pendens |
| ☐ | 179 | 08/21/2026 | 0 | Notice Of Taking Deposition |
| ☐ | 180 | 08/21/2026 | 0 | Notice Of Taking Deposition |
| ☐ | 182 | 08/31/2026 | 0 | Notice Of Cancellation Of Taking Deposition |
| ☐ | 183 | 09/04/2026 | 0 | Notice Of Taking Deposition |
| ☐ | 184 | 09/08/2026 | 0 | Notice Of Taking Deposition |
| ☐ | 185 | 09/08/2026 | 0 | Certificate of Settlement/Mediation Authority |
| ☐ | 186 | 09/08/2026 | 0 | Motion to Amend Pleadings - |
| ☐ | 187 | 09/14/2026 | 0 | Mediator/Mediation Report - No Agreement/Impasse/Continued |
| ☐ | 188 | 09/16/2026 | 0 | Witness List |
| ☐ | 189 | 09/17/2026 | 0 | Notice Of Taking Deposition |
| ☐ | 190 | 09/17/2026 | 0 | Notice of Hearing for Motion To Extend Deadlines @ 10 Am |
| | 191 | 09/18/2026 | 0 | Set on Hearing docket 10/19/2026 beginning at 9:30 AM Brodie, Lauren L (see notice of hearing for actual hearing time) |

| Image | Docket Num | Effective | Count | Description |
|---|---|---|---|---|
| ☐ | 192 | 09/22/2026 | 0 | Suggestion of Bankruptcy |
| | 193 | 09/23/2026 | 0 | Cancelled Sounding on 1/13/2027 9:30:00 AM due to |
| | 194 | 09/23/2026 | 0 | Cancelled Pre-Trial on 11/24/2026 9:30:00 AM due to |
| | 195 | 09/23/2026 | 0 | Cancelled Hearing on 9/23/2026 1:30:00 PM due to Per JACS, Bankruptcy Filed - AG |
| | 196 | 09/23/2026 | 0 | Cancelled Hearing on 9/23/2026 9:30:00 AM due to Per JACS, Bankruptcy Filed - AG |
| | 197 | 09/23/2026 | 0 | Per Judge's Calendar |
| | 198 | 09/23/2026 | 0 | Set on Status Conference docket 1/13/2027 beginning at 10:15 AM Brodie, Lauren L (see notice of hearing for actual hearing time) |
| ☐ | 199 | 09/23/2026 | 0 | Notice Of Cancellation Of Taking Deposition |
| ☐ | 200 | 09/23/2026 | 0 | Notice Of Cancellation Of Taking Deposition |
| ☐ | 201 | 09/23/2026 | 0 | Notice Of Cancellation Of Taking Deposition |
| ☐ | 202 | 09/23/2026 | 0 | Notice Of Cancellation Of Taking Deposition |
| ☐ | 203 | 09/23/2026 | 0 | Order Placing Case on Inactive Status and Setting Court Date |
| ☐ | 204 | 09/23/2026 | 0 | Notice of Cancellation of Hearing |
| ☐ | 205 | 09/23/2026 | 0 | Notice of Cancellation of Hearing |
| | 206 | 10/19/2026 | 0 | Proceeding: Hearing |
| | 207 | 10/19/2026 | 0 | Presiding Judge: Brown, Michael J |
| | 208 | 10/19/2026 | 0 | Parties Not Present |
| | 209 | 10/19/2026 | 0 | Case not heard |
| ☐ | 210 | 10/20/2026 | 0 | Order Setting Hearing Judicial Status Conference @ 9:00Am |
| | 211 | 10/21/2026 | 0 | Set on Status Conference docket 4/5/2027 beginning at 9:00 AM Brodie, Lauren L (see notice of hearing for actual hearing time) |

# Sentences

| Date | Count | Sentence | Confinement | Term | Credit Time | Conditions | Status |
|---|---|---|---|---|---|---|---|
| No records found | | | | | | | |

# Fees

# Fee Information

*Total Balance + Interest: **$0.00***

(The fees listed below do not necessarily reflect all outstanding fees on the case. For complete balance information, please contact the Clerk's office.)

| Effective Date | Due Date | Description | Amount Due | Amount Paid | Balance | In Collections | In Judgment | Judgment Interest |
|---|---|---|---|---|---|---|---|---|
| 01/26/2026 | 01/26/2026 | Circuit Civil General | $400.00 | $400.00 | $0.00 | | | $0.00 |
| | | | $1,925.00 | $1,925.00 | $0.00 | | | $0.00 |

| Effective Date | Due Date | Description | Amount Due | Amount Paid | Balance | In Collections | In Judgment | Judgment Interest |
|---|---|---|---|---|---|---|---|---|
| 01/23/2026 | 01/26/2026 | Circuit Civil Summons Fee | $10.00 | $10.00 | $0.00 | | | $0.00 |
| 01/23/2026 | 01/26/2026 | Circuit Civil Summons Fee | $10.00 | $10.00 | $0.00 | | | $0.00 |
| 01/23/2026 | 01/26/2026 | Circuit Civil Summons Fee | $10.00 | $10.00 | $0.00 | | | $0.00 |
| 01/23/2026 | 01/26/2026 | Circuit Civil Summons Fee | $10.00 | $10.00 | $0.00 | | | $0.00 |
| 02/17/2026 | 02/19/2026 | Circuit Civil General Cross Counter 3rd Party | $395.00 | $395.00 | $0.00 | | | $0.00 |
| 02/19/2026 | 02/20/2026 | Circuit Civil Pro Hac Vice | $100.00 | $100.00 | $0.00 | | | $0.00 |
| 02/19/2026 | 02/20/2026 | Circuit Civil Pro Hac Vice | $100.00 | $100.00 | $0.00 | | | $0.00 |
| 04/03/2026 | 04/08/2026 | Circuit Civil General Cross Counter 3rd Party | $395.00 | $395.00 | $0.00 | | | $0.00 |
| 04/15/2026 | 04/17/2026 | Circuit Civil Pro Hac Vice | $100.00 | $100.00 | $0.00 | | | $0.00 |
| 06/12/2026 | 06/14/2026 | Circuit Civil General Cross Counter 3rd Party | $395.00 | $395.00 | $0.00 | | | $0.00 |
| | | | $1,925.00 | $1,925.00 | $0.00 | | | $0.00 |

# Payment Plan Information

| Plan # | Scheduled Pay Amount | Balance Due | PP |
|---|---|---|---|
| No records found | | | |