**IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT
IN AND FOR COLLIER COUNTY, FLORIDA**

THE HUNTINGTON NATIONAL BANK, as lender,
and THE HUNTINGTON NATIONAL BANK,
as Administrative Agent and Collateral Agent,

Case No.: 11-2026-CA-000170-00001-01

Plaintiffs,

v.

R&R EXPRESS PROPERTIES, LLC,
RICHARD S. FRANCIS, KATHLEEN
L. FRANCIS, and CENTENNIAL BANK,

Defendants.
_____________________________________________/

**STIPULATION BETWEEN PLAINTIFFS AND DEFENDANT
CENTENNIAL BANK FOR DISMISSAL OF CERTAIN CLAIMS**

THE HUNTINGTON NATIONAL BANK, as Lender and THE HUNTINGTON NATIONAL BANK, as Administrative Agent and Collateral Agent (together "Plaintiffs"), and Defendant CENTENNIAL BANK ("Centennial") (together "the Parties"), hereby stipulate to the following:

1. The Plaintiffs filed their Verified Complaint herein on January 23, 2026, wherein they seek to avoid the transfer of certain real property located in Collier County with the street address of 550 S. Barfield Drive, Marco Island, Florida 34145 (the "Property"). The transfer in question occurred on or about December 29, 2025.

2. The Plaintiffs named Centennial as a defendant because it recorded a mortgage on the Property on or about January 12, 2026.

3. On February 17, 2026, Centennial filed its Answer, as well as a Counterclaim and Crossclaim. Centennial in part sought recission of its transaction with Defendants Richard and Kathleen Francis, or alternatively to foreclose its mortgage on the Property.

4. Centennial previously made demand on the Plaintiffs for the Plaintiffs to refund certain funds they were holding in suspense.

5. The Plaintiffs have now complied with that demand. Centennial has in turn released its mortgage on the Property.

6. In light of these developments, the Parties hereby stipulate to the following:

   a. The Plaintiffs hereby dismiss Centennial as a Defendant from their Complaint. The Complaint shall proceed as to the remaining Defendants.

   b. Centennial hereby dismisses all claims asserted in its Counterclaim and Crossclaim except for Count IV.

   c. The Parties shall bear their own fees and costs as to the claims being dismissed.

*<u>/s/ John A. Anthony</u>*____________________
John A. Anthony, Esq.
Florida Bar No:
janthony@anthonyandpartners.com
Anthony & Partners, LLC
100 Ashley Drive S
Suite 1600
Tampa, FL 33602
Tel. No. 813 273 5616
*Attorneys for Centennial Bank*

*<u>/s/ John D. Emmanuel</u>*________________
John D. Emmanuel, Esq.
Florida Bar No: 0475572
john.emmanuel@bipc.com
Alexandra M. Dragovich, Esq.
Florida Bar No. 1025374
alexandra.dragovich@bipc.com
BUCHANAN INGERSOLL & ROONEY PC
401 East Jackson Street, Suite 2400
Tampa, FL 33602
Tel. No. 813 222 8180
Fax No: 813 222 8189
*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on March 4, 2026, pursuant to Florida Rules of Judicial Administration, Rule 2.516, I electronically filed the foregoing with the Clerk of Court by using the Florida Court E-Portal Filing System, which will send a notice of electronic filing to all counsel of record.

/s/ *John D. Emmanuel*
John D. Emmanuel
FBN: 475572