Filing # 243071838 E-Filed 03/04/2026 03:51:07 PM

**IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT**
**IN AND FOR COLLIER COUNTY, FLORIDA**

THE HUNTINGTON NATIONAL BANK, as lender,
and THE HUNTINGTON NATIONAL BANK,
as Administrative Agent and Collateral Agent,

Case No.: 11-2026-CA-000170-00001-01

Plaintiffs,

v.

R&R EXPRESS PROPERTIES, LLC,
RICHARD S. FRANCIS, KATHLEEN
L. FRANCIS, and CENTENNIAL BANK,

Defendants.__________________________/

**ORDER APPROVING STIPULATION BETWEEN PLAINTIFFS AND**
**DEFENDANT CENTENNIAL BANK FOR DISMISSAL OF CERTAIN CLAIMS**

THIS CASE came before the Court for consideration of the Stipulation Between Plaintiffs and Defendant Centennial Bank for Dismissal of Certain Claims. The Court has reviewed and approved the terms of the Stipulation. It is hereby

ORDERED that:

1. Centennial is hereby dismissed as a Defendant from the Plaintiffs' Complaint. The Complaint shall proceed as to the remaining Defendants.

2. Centennial's Counterclaim and Crossclaim are hereby dismissed, except for Count IV of the Crossclaim.

3. The Parties to the Stipulation shall bear their own fees and costs as to the claims being dismissed herein.

**DONE AND ORDERED**, in Chambers at Collier County, Florida.

03/04/2026 15:23:38
11-2026-CA-000170-0001-01
Lauren L. Brodie, Circuit Court Judge vvaEn+JK
11-2026-CA-000170-0001-01 03/04/2026 15:23:38

Hon. Lauren L. Brodie
Circuit Court Judge

Copies to: Counsel of Record