**IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT**
**IN AND FOR COLLIER COUNTY, FLORIDA**

THE HUNTINGTON NATIONAL BANK, as lender,
and THE HUNTINGTON NATIONAL BANK,
as Administrative Agent and Collateral Agent,

Case No.: 11-2026-CA-000170-00001-01

Plaintiffs,

v.

R&R EXPRESS PROPERTIES, LLC,
RICHARD S. FRANCIS, KATHLEEN
L. FRANCIS, and CENTENNIAL BANK,

Defendants.__________________________/

**ORDER DENYING DEFENDANTS RICHARD S. FRANCIS & KATHLEEN L. FRANCIS'S MOTION TO DISMISS COMPLAINT WITH PREJUDICE**

THIS CASE came before the Court for hearing on May 12, 2026 for consideration of Defendants Richard S. Francis & Kathleen L. Francis's Motion to Dismiss Complaint with Prejudice (the "Motion). The Court has heard the arguments of counsel and is otherwise fully advised in the premises. It is hereby

ORDERED that:

1. The Motion is Denied.

2. The Defendants Richard S. Francis and Kathleen L. Francis shall have until June 12, 2026 to file their Answer to the Complaint.

**DONE AND ORDERED**, in Chambers at Collier County, Florida.

05/13/2026 10:33:24
11-2026-CA-000170-0001-01
Lauren L. Brodie, Circuit Court Judge kx5Fln3J
11-2026-CA-000170-0001-01 05/13/2026 10:33:24

Hon. Lauren L. Brodie
Circuit Court Judge

Copies to: Counsel of Record