Filing # 249374052 E-Filed 06/01/2026 04:44:52 PM

**IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT IN AND FOR COLLIER COUNTY, FLORIDA**

THE HUNTINGTON NATIONAL BANK, as lender, and THE HUNTINGTON NATIONAL BANK, as Administrative Agent and Collateral Agent,

Plaintiffs,

v.

Case No.: 11-2026-CA-000170-00001-01

R&R EXPRESS PROPERTIES, LLC, RICHARD S. FRANCIS, KATHLEEN L. FRANCIS, and CENTENNIAL BANK,

Defendants.
_______________________________________/

# CONFIDENTIALITY ORDER

**THIS CAUSE** came before the Court for consideration of the Parties' Joint Agreed Motion for Entry of a Confidentiality Order ("Agreed Motion"), and the Court having reviewed the Parties' Stipulation Governing the Handling of Confidential Documents and Information (the "Stipulation"), it is **HEREBY ORDERED** that:

1. The Agreed Motion is granted, and the Parties' Stipulation is hereby approved.

2. The Parties shall fully comply with all of the provisions of the Stipulation.

3. This Court retains jurisdiction to enforce the Parties' Stipulation and retains jurisdiction to impose sanctions on the Parties and any third parties who agree to be bound by the Parties' Stipulation.

**DONE AND ORDERED**, in Chambers at Collier County, Florida.

06/01/2026 13:34:41
11-2026-CA-000170-0001-01
Lauren L. Brodie, Circuit Court Judge Ba0boc01
11-2026-CA-000170-0001-01 06/01/2026 13:34:41

Hon. Lauren L. Brodie
Circuit Court Judge

Copies to: Counsel of Record

FILED: COLLIER COUNTY, CRYSTAL K. KINZEL, CLERK, 06/01/2026 04:44:52 PM