Filing # 251810760 E-Filed 07/06/2026 12:37:12 PM

**IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT IN AND FOR COLLIER COUNTY, FLORIDA**

THE HUNTINGTON NATIONAL BANK, as lender, and THE HUNTINGTON NATIONAL BANK, as Administrative Agent and Collateral Agent,

Plaintiffs,

v.

Case No.: 11-2026-CA-000170-00001-01

R&R EXPRESS PROPERTIES, LLC, RICHARD S. FRANCIS, KATHLEEN L. FRANCIS, and CENTENNIAL BANK,

Defendants.
_______________________________________/

**PLAINTIFFS' MOTION TO STRIKE JURY TRIAL DEMAND**

Plaintiffs, THE HUNTINGTON NATIONAL BANK, as lender, and THE HUNTINGTON NATIONAL BANK, as Administrative Agent and Collateral Agent (collectively, the "Plaintiffs" or "Huntington"), by and through undersigned counsel, and pursuant to Fla. R. Civ. P. 1.140(f), move to strike Defendants', RICHARD S. FRANCIS ("R. Francis") and KATHLEEN L. FRANCIS ("K. Francis") (collectively, the "Francises") demand for jury trial with respect to all claims asserted by Plaintiffs against the Francises, and in support thereof state as follows:

1. On January 23, 2026, Plaintiffs filed their Verified Complaint where they seek to avoid the transfer of certain real property located in Collier County with the street address of 550 S. Barfield Drive, Marco Island, Florida 34145 (the "Property"). The transfer in question occurred on or about December 29, 2025.

2. On June 12, 2026, the Francises filed their Answer and Affirmative Defenses to the Complaint, which included a demand for a "trial by jury on all issues so triable."

FILED: COLLIER COUNTY, CRYSTAL K. KINZEL, CLERK, 07/06/2026 12:37:12 PM

3. No right to a jury trial exists under Plaintiffs' claims because the remedies set forth in the Florida Uniform Fraudulent Transfer Act ("FUFTA") are equitable in nature, such that the Seventh Amendment does not mandate interposing a jury. *See Hansard Constr. Corp. v. Rite Aid of Fla., Inc.*, 783 So. 2d 307, 308-09 (Fla. Dist. Ct. App. 2001) (finding that, although a right to a jury trial was available where the plaintiff sought a monetary judgment under the UFTA's catch-all provision, the "other remedies set forth in the UFTA are equitable in nature"); *see also 381651 Alberta, Ltd. v. 279298 Alberta, Ltd.*, 675 So. 2d 1385, 1387-88 (Fla. Dist. Ct. App. 1996) (holding that the right to a jury trial applies only to legal and not equitable causes of action, and that the judgment-debtor was not entitled to a jury trial under section 726.108 because the creditor sought to set aside a conveyance of land, which is traditionally an equitable remedy).

4. Each of Plaintiffs' claims against the Francises seeks to set aside a conveyance of the Property under FUFTA, which is an equitable remedy. Accordingly, the Francises' demand for a jury trial on these issues must be stricken.

**WHEREFORE**, Plaintiffs, THE HUNTINGTON NATIONAL BANK, as lender, and THE HUNTINGTON NATIONAL BANK, as Administrative Agent and Collateral Agent, respectfully request that this Honorable Court enter an Order striking the Demand for Jury Trial, along with any and all such other relief that this Court deems just and proper.

**Florida Rule of Civil Procedure 1.202 Certificate of Conferral**

I certify that prior to filing this motion, counsel for Plaintiffs, Alexandra Dragovich, discussed the relief requested in this motion by telephone conference on July 6, 2026 with counsel for the Francises. Counsel for the Francises opposes the relief sought herein.

Dated: July 6, 2026 Respectfully submitted,

/s/ John D. Emmanuel
John D. Emmanuel
Florida Bar No: 0475572
john.emmanuel@bipc.com
Alexandra M. Dragovich, Esq.
Florida Bar No. 1025374
alexandra.dragovich@bipc.com
BUCHANAN INGERSOLL & ROONEY PC
401 East Jackson Street, Suite 2400
Tampa, FL 33602
Tel. No. 813 222 8180/Fax No: 813 222 8189
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 6, 2026 pursuant to Florida Rules of Judicial Administration, Rule 2.516, I electronically filed the foregoing Response with the Clerk of Court by using the Florida Court E-Portal Filing System.

/s/ John D. Emmanuel
John D. Emmanuel
FBN: 475572