**IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT
IN AND FOR COLLIER COUNTY, FLORIDA**

THE HUNTINGTON NATIONAL BANK, as lender,
and THE HUNTINGTON NATIONAL BANK,
as Administrative Agent and Collateral Agent,

Plaintiffs,

v. Case No.: 11-2026-CA-000170-00001-01

R&R EXPRESS PROPERTIES, LLC,
RICHARD S. FRANCIS, KATHLEEN
L. FRANCIS, and CENTENNIAL BANK,

Defendants.
_____________________________________________/

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

Pursuant to Florida Rule of Civil Procedure 1.420(a)(1), come now, Centennial Bank ("Centennial") and Richard S. Francis and Kathleen L. Francis (together, the "Francises"), all of whom are collectively referred to herein as the "Parties," by and through their respective undersigned counsel, hereby stipulate to the dismissal of all pending claims of record in this action, including the "Centennial Bank's Answer, Affirmative Defenses, Counterclaim and Crossclaim" filed by Centennial on February 17, 2016, and "Defendants Richard S. Francis & Kathleen L. Francis's Answer & Affirmative Defenses to Centennial Bank's Cross-Claim, & Crossclaims Against Centennial Bank" filed by the Francises on April 3, 2026, with prejudice, with each party to bear its own attorneys' fees and costs. This dismissal expressly excludes certain other claims that the Francises have, or may have, asserted as against The Huntington National Bank, as Lender, and The Huntington National Bank, as Administrative Agent and Collateral Agent (together, "Huntington"). It further being noted that Centennial and Huntington previously filed that certain "Stipulation Between Plaintiffs and Defendant Centennial Bank for Dismissal of Certain Claims" dated March 4, 2026, through which Centennial and Huntington voluntarily dismissed, with

prejudice, all claims asserted as between the two, to the extent that with this stipulation, there are no other claims pending as against Centennial.

DATED this 13th day of August, 2026.

/s/ John A. Anthony
**JOHN A. ANTHONY, ESQ.**
Florida Bar Number: 0731013
janthony@anthonyandpartners.com
**ANDREW J. GHEKAS, ESQ.**
Florida Bar Number: 0119169
aghekas@anthonyandpartners.com
**ANTHONY & PARTNERS, PLLC**
100 S. Ashley Drive, Suite 1600
Tampa, Florida 33602
Telephone: 813/273-5616
Telecopier: 813/221-4113
Attorneys for Centennial Bank

/s/ Frank P. Terzo
**FRANK P. TERZO, ESQ.**
Florida Bar No. 906263
Frank.Terzo@nelsonmullins.com
**REBECCA A. RODRIGUEZ, ESQ.**
Florida Bar No. 104805
Rebecca.Rodriguez@nelsonmullins.com
**NELSON MULLINS RILEY & SCARBOROUGH, LLP**
100 S.E. 3rd Avenue, Suite 2700
Fort Lauderdale, Florida 33394
Telephone: 954/764-7060
Telecopier: 954/761-8135
Attorneys for the Francises

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of August, 2026, a true and correct copy of the foregoing has been served via electronic means and/or U.S. Mail on the following parties:

John D. Emmanuel, Esquire
Alexandra M. Dragovich, Esquire
Tim Palmer, Esquire
BUCHANAN INGERSOLL & ROONEY PC
401 East Jackson St, Suite 2400
Tampa, FL 33602
john.emmanuel@bipc.com
alexandra.dragovich@bipc.com
timothy.palmer@bipc.com
Attorneys for Huntington Bank

Frank P. Terzo, Esquire
Mark Raymond, Esquire

Michael J. Roeschenthaler, Esquire
Mark A. Lindsay, Esquire
RAINES, FELDMAN, LITTRELL LLP
11 Stanwix Street, Suite 750
Pittsburgh, PA 15222
mroeschenthaler@raineslaw.com
mlindsay@raineslaw.com
Attorneys for R&R Express Properties, LLC

NELSON MULLINS BROAD
AND CASSEL
100 S.E. 3rd Avenue, Suite 2700
Fort Lauderdale, FL 33394
frank.terzo@nelsonmullins.com
mark.raymond@nelsonmullins.com
Attorneys for Francis Defendants

/s/ John A. Anthony
**ATTORNEY**