**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FT. MYERS DIVISION**

In Re: **Chapter 11**

RICHARD STEPHEN FRANCIS, Case No. 2:26-BK-02418-FMR

Debtor.

_______________________________/

THE HUNTINGTON NATIONAL BANK, as lender,
and THE HUNTINGTON NATIONAL BANK,
as Administrative Agent and Collateral Agent,
Plaintiffs, Adversary No. 2:26-ap-00064-FMR

v.

R&R EXPRESS PROPERTIES, LLC,
RICHARD S. FRANCIS, KATHLEEN
L. FRANCIS, and CENTENNIAL BANK,
Defendants.
_______________________________/

**PLAINTIFFS' MOTION FOR CASE MANAGEMENT CONFERENCE,**
**TO CONSOLIDATE A CONTESTED MATTER,**
**AND FOR ENTRY OF CASE MANAGEMENT ORDER**

Plaintiffs, THE HUNTINGTON NATIONAL BANK, as lender, and THE HUNTINGTON NATIONAL BANK, as Administrative Agent and Collateral Agent (collectively, "Plaintiffs"), by and through their undersigned counsel, respectfully move the Court to set a case management conference to address scheduling appropriate deadlines including the timing of trial due, to consolidate a contested matter with this adversary proceeding, and to enter a case management order. In support, Plaintiffs state:

1. On January 23, 2026, Plaintiffs filed their Verified Complaint in the Circuit Court of the Twentieth Judicial Circuit in and for Collier County, Florida (the "State Court") against R&R Express Properties, LLC ("R&R Express"), Richard S. Francis ("R. Francis" or the "Debtor"), and Kathleen L. Francis ("K. Francis") alleging the fraudulent transfer of a residential property worth over $10,000,000 (the "Property") from R&R Express to R. Francis (an insider), and his wife, K. Francis, whereby R&R Express received $0 in exchange for the equity in the property at a time when R&R Express owed Plaintiffs at least $40,000,000. The civil action was entitled *The Huntington National Bank v. R&R Express Properties, LLC, Richard S. Francis, Kathleen L. Francis, and Centennial Bank*, Case No. 2026-CA-000170 (the "Civil Action").

2. On May 13, 2026, the State Court entered its Case Management Plan, which outlined all case management deadlines leading up to trial in January 2027.

3. On September 22, 2026, R. Francis filed his Voluntary Petition for Relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code").

4. On November 17, 2026, Plaintiffs filed a Notice of Removal of State Court Action to Bankruptcy Court (the "Notice of Removal").

5. Prior to removal, the case was pending for several months before the State Court, and the parties engaged in extensive written discovery and motion

practice and were in the process of scheduling numerous depositions of parties and fact witnesses.

6. In fact, several motions remain pending to date, including: 1) Plaintiffs' Motion to Dismiss Counts I, II, and IV of Defendants' Richard S. Francis and Kathleen L. Francis, Counterclaim Against Huntington National Bank (the "Motion to Dismiss"); 2) Plaintiffs' Motion to Strike Jury Demand (the "Motion to Strike"); and 3) Defendants' Motion to amend affirmative defenses.

7. In the Chapter 11 case, the Debtor has attempted to claim the Property as exempt, citing both the homestead exemption and the tenants by the entireties "exemption". Plaintiffs have objected to said claimed exemptions. Plaintiffs request that said exemption dispute be consolidated with this adversary proceeding.

8. Plaintiffs request that this Court conduct a case management conference to address the parties' pending motions, the completion of discovery, and to schedule remaining deadlines leading up to a new trial date.

9. A case management conference will allow the Court to hear the parties' positions, evaluate any outstanding issues and the status of the case, and set a workable schedule.

WHEREFORE, Plaintiffs respectfully request that the Court set a case management conference, to consolidate the above referenced contested matter with this adversary proceeding, and to enter a case management order scheduling

a trial on all claims and pretrial deadlines for same, and to grant such further relief as is just and proper.

Dated: November 24, 2026

*/s/ John D. Emmanuel*
John D. Emmanuel, Esq.
Florida Bar No: 0475572
john.emmanuel@bipc.com
**BUCHANAN INGERSOLL & ROONEY PC**
401 East Jackson Street, Suite 2400
Tampa, FL 33602
Tel. No. 813 222 8180
Fax No: 813 222 8189
*Attorneys for Creditor The Huntington National Bank*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and accurate copy of the above and foregoing Motion for Case Management Conference that has been electronically filed this 24th day of November, 2026, using the Court's CM/ECF Electronic Filing System, which will send a Notice of Electronic Filing to all counsel of record. The same was also sent via U.S. Mail to the following:

Richard Stephen Francis, Debtor
550 S. Barfield Drive
Marco Island, FL 34145

Kathleen Francis
550 S. Barfield Drive
Marco Island, FL 34145

R&R Express Properties, LLC
c/o Richard S. Francis
100 Commerce Drive
Pittsburgh, PA 15275

Michael J. Roeschenthaler, Esq.
mroeschenthaler@raineslaw.com
Mark A. Lindsay, Esquire
mlindsay@raineslaw.com
Raines, Feldman, Littrell LLP
11 Stanwix Street, Suite 750
Pittsburgh, PA 15222

Frank P. Terzo, Esq.
frank.terzo@nelsonmullins.com
Mark Raymond, Esquire
mark.raymond@nelsonmullins.com
Nelson Mullins Broad and Cassel
100 S.E. 3rd Avenue, Suite 2700
Fort Lauderdale, FL 33394

*/s/ John D. Emmanuel*
Attorney